# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

Sergiy Borovich,
aka Nadia Morgunov,

     Debtor(s).

Case Number: 19-09554
Chapter: 13

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF

Notice is hereby given that Toyota Motor Credit Corporation ("Movant"), is withdrawing its **Motion for Relief from Automatic Stay** (the "Motion"), filed on September 29, 2022 as ECF Doc# 48.

Dated: November 17, 2022

BONIAL & ASSOCIATES, P.C.

/s/Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Toyota Motor Credit Corporation

3520-N-0464

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest via the Court's CM/ECF electronic notification system, or pre-paid regular U.S. Mail if indicated below on <u>November 17, 2022</u>:

**Debtor**     *Via U.S. Mail*
Sergiy Borovich
10621 Essex St.
Westchester, IL 60154-5103

**Debtor's Attorney**
David Freydin
Law Offices Of David Freydin Ltd
8707 SKOKIE BLVD STE 305
SKOKIE, IL 60077-2281

**Chapter 13 Trustee**
Thomas H. Hooper
55 E. Monroe St., Suite 3850
Chicago, Illinois 60603

**US Trustee**
Office of the U.S.Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

        Respectfully Submitted,

        /s/Wesley T. Kozeny
        Wesley T. Kozeny